UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELVIN L. JONES,

                Plaintiff,

   v.

SNOHOMISH COUNTY CORRECTIONAL FACILITY, et. al.,

                Defendants.

CASE NO. C17-1503 JCC

**REPORT AND RECOMMENDATION**

On October 5, 2017, Melvin Jones, who was then a prisoner at the Snohomish County Correctional Facility, filed a *pro se* § 1983 complaint. Dkt. 1, 5. Because the complaint was deficient, the Court ordered Mr. Jones to file an amended complaint by November 10, 2017. Dkt. 6. The order advised Mr. Jones that if he did not file an amended complaint, the complaint would be dismissed with the exception of Defendants Auchenpong and Johnston. *Id.* On October 19, 2017, the court's orders granting leave to proceed *inform pauperis*, Dkt. 4, and order directing Mr. Jones to file an amended complaint, Dkt. 6, were returned with the notation that Mr. Jones was released from custody. Dkts 7, 8.

Local Civil Rule ("LCR") 10(f) requires parties to notify the Court of any change of address or telephone number within 10 days of the change. LCR 41(b)(2) further provides:

REPORT AND RECOMMENDATION - 1

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address…. If mail directed to a pro se plaintiff by the clerk is returned by the Post Office … and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

Mr. Jones has not updated his address or provided any further change of address notice with the Court since he initiated this action. In fact, he has had no contact with the Court since submitting his complaint for filing on October 5, 2017. The Court accordingly recommends the case be dismissed without prejudice.

A proposed order accompanies this Report and Recommendation. Objections, if any, to this Report and Recommendation must be filed no later than **January 2, 2018**. The clerk shall note the matter for **January 5, 2018** as ready for the Court's consideration**.** Objections shall not exceed five (5) pages. The failure to timely object may affect the right to appeal.

DATED this 18th day of December, 2017.

／s／ Brian A. Tsuchida
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2