THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN L JONES, | CASE NO. C17-1503-JCC |
| Plaintiff, | ORDER |
| v. | |
| SNOHOMISH COUNTY CORRECTIONAL FACILITY, *et al.*, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's failure to prosecute (Dkt. Nos. 7, 8) and the report and recommendation of the Honorable Brian A. Tsuchida (Dkt. No. 9). Having reviewed the relevant record, the Court hereby finds and ORDERS:

(1) The Court ADOPTS the report and recommendation.

(2) This action is DISMISSED without prejudice.

(3) The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Tsuchida.

DATED this 19th day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C17-1503-JCC
PAGE - 1