THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELVIN L. JONES, | CASE NO. C17-1503-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| SNOHOMISH COUNTY CORRECTIONAL FACILITY, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on receipt of Plaintiff's letter to the Court (Dkt. No. 13). This case was dismissed without prejudice. (Dkt. No. 12.) If Plaintiff would like to renew his claims, he must file a new case. The Clerk is hereby DIRECTED to provide Plaintiff with a 42 U.S.C. § 1983 complaint form and the appropriate *in forma pauperis* application form.

DATED this 9th day of February 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C17-1503-JCC
PAGE - 1